1  JASON DE BRETTEVILLE, State Bar No. 195069
   jdebretteville@stradlinglaw.com
2  JUSTIN OWENS, State Bar No. 254733
   jowens@stradlinglaw.com
3  STRADLING YOCCA CARLSON & RAUTH LLP
   660 Newport Center Drive, Suite 1600
4  Newport Beach, CA 92660-6422
   Telephone: 949 725 4000

5  *Attorneys for Defendant*
   *Public Resources Advisory Group*
6
7  Robert A. Sacks, State Bar No. 150146
   sacksr@sullcrom.com
   SULLIVAN & CROMWELL LLP
8  1888 Century Park East
   Los Angeles, CA 90067
9  Telephone:     (310) 712-6600

10 *Counsel for Defendant JPMorgan Chase Bank, N.A.*

11 Matthew J. Silveira, State Bar No. 264250
   msilveira@jonesday.com
   JONES DAY
12 555 California St., Ste. 26
   San Francisco, CA 94104
13 Telephone:     (415) 875-5715

14 *Attorneys for Defendant Royal Bank of Canada*

15 Matthew S. Melamed, State Bar No. 260272
   mmelamed@kellerrohrback.com
   Keller Rohrback L.L.P.
16 180 Grand Avenue, Suite 1380
   Oakland, CA 94612
17 Telephone (510) 463-3900

18 *Attorneys for Plaintiffs City of Richmond and*
   *Richmond Joint Powers Financing Authority*
19
   [Additional counsel listed on signature page]
20
                    **UNITED STATES DISTRICT COURT**
21
                    **NORTHERN DISTRICT OF CALIFORNIA**
22

| CITY OF RICHMOND AND RICHMOND JOINT POWERS FINANCING AUTHORITY,<br><br>Plaintiffs,<br><br>vs.<br><br>ROYAL BANK OF CANADA, JPMORGAN CHASE, PUBLIC RESOURCES ADVISORY GROUP, AND THE MAJORS GROUP,<br><br>Defendants. | CASE NO. 3:25-cv-03348<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR RESPOND TO COMPLAINT TO JULY 21, 2025 PURSUANT TO CIVIL LOCAL RULE 6-1(a)**<br><br>Complaint Filed: March 17, 2025 |
|---|---|

## STIPULATION TO EXTEND TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 6-1(a) of the Northern District of California Civil Local Rules, Plaintiffs City of Richmond and Richmond Joint Powers Financing Authority (collectively, "Plaintiffs") and Defendants Royal Bank of Canada, JPMorgan Chase Bank, N.A., and Public Resources Advisory Group (collectively, "Defendants," and, together with Plaintiffs, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on March 17, 2025, Plaintiffs filed their Complaint against Defendants in California Superior Court for the County of Contra Costa (the "State Court Action");

WHEREAS, on April 15, 2025, Defendants timely removed the State Court Action to this Court;

WHEREAS, the current deadline for Defendants to respond to the Complaint is no earlier than April 22, 2025, pursuant to Federal Rule of Civil Procedure 81(c)(2);

WHEREAS, Plaintiffs have clarified that their reference to Defendant "JPMorgan Chase" in the Complaint is intended to refer to JPMorgan Chase Bank, N.A.;

WHEREAS, the Parties, through their respective counsel, have met and conferred in good faith and have agreed to stipulate to an extension to the Defendants' deadline to answer or otherwise respond to the Complaint;

WHEREAS, the Parties have agreed to a 90-day extension, which will reset Defendants' deadline to answer or otherwise respond to the Complaint to July 21, 2025;

WHEREAS, Defendants waive any objection to the absence of a summons or service;

WHEREAS, with the exception of Defendants' waiver of any objection to the absence of a summons or service, the Parties and each of them expressly reserve and do not waive any arguments or defenses by making this stipulation.  Specifically, by entering into this stipulation and seeking the extension requested herein, Defendants reserve and do not waive any rights to challenge the sufficiency of the Complaint; and

WHEREAS, the 90-day extension of Defendants' deadline to answer or otherwise respond to the Complaint will not alter the date of any event or any deadline already fixed by the Court;

NOW, THEREFORE, the Parties stipulate as follows:

Pursuant to Civil Local Rule 6-1(a), the deadline for Defendants to answer, move, or otherwise respond to the Complaint is extended to and including July 21, 2025.

**IT IS SO STIPULATED.**

DATED: April 21, 2025                    KELLER ROHRBACK L.L.P.

By: /s/ Matthew s. Melamed
    Matthew S. Melamed

    Gary Gotto
    Robert Bartels
    KELLER ROHRBACK L.L.P.
    3101 North Central Avenue, Suite 1400
    Phoenix, AZ 85012

    R. Bradley Miller
    R. BRADLEY MILLER LAW
    301 North Alfred Street
    Alexandria, VA 22314

    Dave Aleshire
    Richmond City Attorney
    Floy Andrews (SBN 187375)
    Richmond Senior Assistant City Attorney
    ALSHIRE & WYNDER, L.L.P.
    1970 Broadway, Suite 920
    Oakland, CA 94612

    *Attorneys for Plaintiffs City of Richmond and Richmond Joint Powers Financing Authority*

DATED: April 21, 2025                    STRADLING YOCCA CARLSON & RAUTH LLP

By: /s/ Jason de Bretteville
    Jason de Bretteville
    Justin Owens
    Brian P. Forbath
    Gregory Maestri

    *Attorneys for Defendant Public Resources Advisory Group*

| | | |
|---|---|---|
| DATED: April 21, 2025 | | SULLIVAN & CROMWELL LLP |
| | By: | /s/ Robert A. Sacks |
| | | Robert A. Sacks |

                                                Beth D. Newton (pro hac vice forthcoming)
(newtonb@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:          (212) 558-4000

                                                Paul H. Lazarow (SBN 311496)
(lazarowp@sullcrom.com)
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, California 94301
Telephone:          (650) 461-5600

                                                *Attorneys for Defendant JPMorgan Chase Bank, N.A.*

DATED: April 21, 2025                         JONES DAY

                                                By:    /s/ Matthew J. Silveira
                                                           Matthew J. Silveira

                                                Jason Jurgens (pro hac vice forthcoming)
Lauri W. Sawyer (pro hac vice forthcoming)
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone:          (212) 326-3939
Facsimile:          (212) 755-7306

                                              *Attorneys for Defendant Royal Bank of Canada*

**SIGNATURE ATESTATION**

I, Jason de Bretteville, attest pursuant to Northern District Local Rule 5-1(h)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 21, 2025            /s/ Jason de Bretteville
                                             Attorney for Defendant Public Resources Advisory Group, Inc.