JASON DE BRETTEVILLE, State Bar No. 195069
  jdebretteville@stradlinglaw.com
JUSTIN OWENS, State Bar No. 254733
  jowens@stradlinglaw.com
BRIAN P. FORBATH, State Bar No. 198382
  bforbath@stradlinglaw.com
GREGORY MAESTRI, State Bar No. 307332
  gmaestri@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: 949 725 4000
Facsimile: 949 725 4100

Attorneys for Defendant
Public Resources Advisory Group, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| City of Richmond and Richmond Joint Powers Financing Authority,<br><br>Plaintiff,<br><br>vs.<br><br>ROYAL BANK OF CANADA, JPMORGAN CHASE, PUBLIC RESOURCES ADVISORY GROUP, AND THE MAJORS GROUP,<br><br>Defendant. | CASE NO. 3:25-cv-03348-SK<br><br>**DEFENDANT PUBLIC RESOURCES ADVISORY GROUP, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed: March 17, 2025 |

Stradling Yocca
Carlson & Rauth
Lawyers
Newport Beach

CORPORATE DISCLOSURE STATEMNT
Case No. 3:25-cv-03348-SK

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Public Resources Advisory Group, Inc. certifies that it has no parent corporation, and that no publicly held corporation owns 10% or more of the stock in Public Resources Advisory Group, Inc.

DATED: April 21, 2025

STRADLING YOCCA CARLSON & RAUTH LLP

By: /s/ Jason de Bretteville
Jason de Bretteville
Justin Owens
Brian P. Forbath
Gregory Maestri

*Attorneys for Defendant Public Resources Advisory Group, Inc.*