| | |
|---|---|
| 1 | JASON DE BRETTEVILLE, State Bar No. 195069 |
| | jdebretteville@stradlinglaw.com |
| 2 | JUSTIN OWENS, State Bar No. 254733 |
| | jowens@stradlinglaw.com |
| 3 | BRIAN P. FORBATH, State Bar No. 198382 |
| | bforbath@stradlinglaw.com |
| 4 | GREGORY MAESTRI, State Bar No. 307332 |
| | gmaestri@stradlinglaw.com |
| 5 | STRADLING YOCCA CARLSON & RAUTH LLP |
| | 660 Newport Center Drive, Suite 1600 |
| 6 | Newport Beach, CA 92660-6422 |
| | Telephone: 949 725 4000 |
| 7 | Facsimile: 949 725 4100 |

Attorneys for Defendant
Public Resources Advisory Group

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| City of Richmond and Richmond Joint Powers Financing Authority, | CASE NO. 3:25-cv-03348-SK |
| Plaintiff, | **CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS BY DEFENDANT PUBLIC RESOURCES ADVISORY GROUP** |
| vs. | |
| ROYAL BANK OF CANADA, JPMORGAN CHASE, PUBLIC RESOURCES ADVISORY GROUP, AND THE MAJORS GROUP, | Complaint Filed: March 17, 2025 |
| Defendant. | |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

CERTIFICATION OF CONFLICTS
Case No. 3:25-cv-03348-SK

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

DATED: April 21, 2025

STRADLING YOCCA CARLSON & RAUTH LLP

By: /s/ Jason de Bretteville
Jason de Bretteville
Justin Owens
Brian P. Forbath
Gregory Maestri

*Attorneys for Defendant
Public Resources Advisory Group*

-1-
CERTIFICATION OF CONFLICTS
Case No. 3:25-cv-03348-SK