Matthew S. Melamed (SBN 260272)
KELLER ROHRBACK L.L.P.
180 Grand Avenue, Suite 1380
Oakland, CA 94612
(510) 463-3900, Fax (510) 463-3901
mmelamed@kellerrohrback.com

Attorney for Plaintiffs

*Additional Counsel in Signature Block*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF RICHMOND AND THE RICHMOND JOINT POWERS FINANCING AUTHORITY,<br><br>Plaintiffs,<br><br>v.<br><br>ROYAL BANK OF CANADA, JP MORGAN CHASE, PUBLIC RESOURCES ADVISORY GROUP, AND THE MAJORS GROUP<br><br>Defendants. | No. 3:25-cv-03348-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT DEADLINES** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Civil Local Rule 6-2, Plaintiffs City of Richmond and Richmond Joint Powers Financing Authority (collectively, "Plaintiffs") and Defendants Royal Bank of Canada and Public Resources Advisory Group (collectively, "Defendants,"[1] and, together with Plaintiffs, "the Parties"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on June 23, 2025, the Court entered the Parties' Joint Stipulation To Extend Current Case Deadlines (ECF No. 21);

---

[1] Though named as a defendant in the caption above, the Amended Complaint, ECF No. 22, no longer asserts any claims against JPMorgan Chase Bank N.A. ("JPMC"), which is no longer a party to this Action. Further, despite numerous attempts, Plaintiffs have not yet been able to effectuate service on defendant The Majors Group.

No. 3:25-cv-03348-CRB                                    1                         JOINT [PROPOSED] CASE
                                                                                                          MANAGEMENT DEADLINES

WHEREAS, pursuant to the deadlines established by ECF No. 21, on July 9, 2025, Plaintiffs filed an amended complaint in this Action (the "Unjust Enrichment Action") (ECF No. 22); on July 30, 2025, the Parties met and conferred regarding initial disclosures, early settlement, ADR process selection, and discovery plan; and on July 30, 2025, the Parties filed ADR Certifications (ECF Nos. 23-25);

WHEREAS, on August 12, 2025, the Court entered a stipulation staying the remaining case deadlines established by ECF No. 21 because the City Attorney for the City of Richmond, the prosecuting authority for Plaintiffs ("Plaintiffs' Prosecuting Authority"), filed a California False Claims Act case against Royal Bank of Canada and JPMC based on allegations related to this action that remained under seal (the "CA FCA Action"), and the parties to the Unjust Enrichment Action agreed that, once the CA FCA Action was unsealed, they would seek relation of the two actions (ECF No. 27);

WHEREAS, on September 30, 2025, the parties to the Unjust Enrichment Action moved to relate the CA FCA Action to this case (ECF No. 28);

WHEREAS, on October 1, 2025, the Court entered an order relating the CA FCA Action to this case (ECF No. 30);

WHEREAS, the parties to the two actions met and conferred and determined that, since Plaintiffs' Prosecuting Authority intends to amend the complaint in the CA FCA Action, the parties should wait to set further deadlines until after the amendment is filed so that they can confer regarding whether they will stipulate to consolidate the actions and, if so, for what purposes;

WHEREAS, the Plaintiffs' Prosecuting Authority will file an amended complaint in the CA FCA Action by October 31, 2025;

NOW, THEREFORE, THE PARTIES STIPULATE AND PROPOSE that:

1. Plaintiffs' Prosecuting Authority will file an amended complaint in the CA FCA Action by October 31, 2025;

2. Within 14 days after the amended CA FCA Action complaint is filed, the parties shall jointly propose new case management deadlines to replace the deadlines in ECF No. 21 that this Court stayed in ECF No. 27.

Submitted this 14th Day of October, 2025.

KELLER ROHRBACK L.L.P.

By *s/ Matthew S. Melamed*_____
    Matthew S. Melamed (SBN 260272)
    180 Grand Avenue, Suite 1380
    Oakland, CA 94612
    (510) 463-3900
    Fax (510) 463-3901
    mmelamed@kellerrohrback.com

    Gary Gotto
    Robert Bartels
    KELLER ROHRBACK L.L.P.
    3101 North Central Avenue, Suite 1400
    Phoenix, AZ 85012
    Telephone: (602) 248-0088
    Facsimile: (602) 248-2822
    Email: ggotto@kellerrohrback.com
    rbartels@kellerrohrback.com

    R. Bradley Miller
    R. BRADLEY MILLER LAW
    301 North Alfred Street
    Alexandria, VA 22314
    Telephone: (919) 608-0795
    Email: rbm@rbradleymillerlaw.com

    Dave Aleshire (SBN 65022)
    Richmond City Attorney
    Floy Andrews (SBN 187375)
    Richmond Senior Assistant City Attorney
    ALESHIRE & WYNDER, L.L.P.
    1970 Broadway, Suite 920
    Oakland, CA 94612
    Telephone: (510) 337-2810
    Facsimile: (949) 223-1180
    Email: dalshire@awattorneys.com
    fandrews@awattorneys.com

*Attorneys for the City of Richmond and the Richmond Joint Powers Financing Authority*

STRADLING YOCCA CARLSON & RAUTH LLP

By *s/ Jason De Bretteville*_____
    JASON DE BRETTVILLE, State Bar No. 195069
    jdebretteville@stradlinglaw.com
    JUSTIN OWENS, State Bar No. 254733
    jowens@stradlinglaw.com

|   |   |
|---|---|
| 1 | STRADLING YOCCA CARLSON & RAUTH LLP |
| 2 | 660 Newport Center Drive, Suite 1600 |
| 3 | Newport Beach, CA 92660-6422 |
|   | Telephone: 949 725 4000 |
| 4 | Facsimile: 949 725 4100 |

*Attorneys for Defendant Public Resources Advisory Group*

JONES DAY

By *s/ Matthew J. Silveira*
Matthew J. Silveira (SBN 264250)
(msilveira@jonesday.com)
JONES DAY
555 California St., 26th Floor
San Francisco, CA 94104
Telephone: (415) 875-5715

Jason Jurgens (pro hac vice forthcoming)
jjurgens@jonesday.com
Lauri W. Sawyer (pro hac vice forthcoming)
lsawyer@jonesday.com
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

*Attorneys for Defendant Royal Bank of Canada*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

  October 15, 2025                                  /s/ Charles R. Breyer
Date                                               The Honorable Charles R. Breyer,
                                                   US District Judge