Matthew J. Silveira (SBN 264250)
(msilveira@jonesday.com)
JONES DAY
555 California St., 26th Floor
San Francisco, CA 94104
Telephone: (415) 875-5715

*Attorneys for Defendant Royal Bank of Canada*

**Additional Counsel in Signature Block**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF RICHMOND AND THE RICHMOND JOINT POWERS FINANCING AUTHORITY,<br><br>Plaintiffs,<br><br>v.<br><br>ROYAL BANK OF CANADA, JP MORGAN CHASE, PUBLIC RESOURCES ADVISORY GROUP, AND THE MAJORS GROUP<br><br>Defendants. | No. 3:25-cv-03348-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT DEADLINES** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Civil Local Rule 6-2, Plaintiffs City of Richmond and Richmond Joint Powers Financing Authority (collectively, "Plaintiffs") and Defendants Royal Bank of Canada and Public Resources Advisory Group (collectively, "Defendants,"[1] and, together with Plaintiffs, "the Parties"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on June 23, 2025, the Court entered the Parties' Joint Stipulation To Extend Current Case Deadlines (ECF No. 21);

---

[1] Though named as a defendant in the caption above, the Amended Complaint, ECF No. 22, no longer asserts any claims against JPMorgan Chase Bank N.A. ("JPMC"), which is no longer a party to this Action. Further, despite numerous attempts, Plaintiffs have not yet been able to effectuate service on defendant The Majors Group.

| No. 3:25-cv-03348-CRB | 1 | JOINT [PROPOSED] CASE MANAGEMENT DEADLINES |
|---|---|---|

WHEREAS, pursuant to the deadlines established by ECF No. 21, on July 9, 2025, Plaintiffs filed an amended complaint in this Action (the "Unjust Enrichment Action") (ECF No. 22); on July 30, 2025, the Parties met and conferred regarding initial disclosures, early settlement, ADR process selection, and discovery plan; and on July 30, 2025, the Parties filed ADR Certifications (ECF Nos. 23-25);

WHEREAS, on August 12, 2025, the Court entered a stipulation staying the remaining case deadlines established by ECF No. 21 because the City Attorney for the City of Richmond, the prosecuting authority for Plaintiffs ("Plaintiffs' Prosecuting Authority"), filed a California False Claims Act case against Royal Bank of Canada and JPMC based on allegations related to this action that remained under seal (the "CA FCA Action"), and the parties to the Unjust Enrichment Action agreed that, once the CA FCA Action was unsealed, they would seek relation of the two actions (ECF No. 27);

WHEREAS, on September 30, 2025, the parties to the Unjust Enrichment Action moved to relate the CA FCA Action to this case (ECF No. 28);

WHEREAS, on October 1, 2025, the Court entered an order relating the CA FCA Action to this case (ECF No. 30);

WHEREAS, the parties to the two actions met and conferred and determined that, since Plaintiffs' Prosecuting Authority intended to amend the complaint in the CA FCA Action, the parties should wait to set further deadlines until after the amendment is filed so that they can confer regarding whether they will stipulate to consolidate the actions and, if so, for what purposes;

WHEREAS, the Court entered a stipulated order providing a deadline of December 5, 2025 for Plaintiffs' Prosecuting Authority to file an amended complaint in the CA FCA Action and a deadline of 14 days after the amended CA FCA Action complaint is filed for the parties to jointly propose new case management deadlines to replace the deadlines in ECF No. 21 that this Court stayed in ECF No. 27 (ECF No. 34);

WHEREAS Plaintiffs' Prosecuting Authority to filed an amended complaint in the CA FCA Action on December 5, 2025, and the parties are continuing to confer regarding new case management deadlines and coordination with the CA FCA action;

NOW, THEREFORE, THE PARTIES STIPULATE AND PROPOSE that:

1. On or before December 23, 2025, the parties shall jointly propose new case management deadlines to replace the deadlines in ECF No. 21 that this Court stayed in ECF No. 27.

Submitted this 19th Day of December, 2025.

                                         KELLER ROHRBACK L.L.P.

                                         By *s/ Matthew S. Melamed*
                                              Matthew S. Melamed (SBN 260272)
                                              180 Grand Avenue, Suite 1380
                                              Oakland, CA 94612
                                              (510) 463-3900
                                              Fax (510) 463-3901
                                              mmelamed@kellerrohrback.com

                                              Gary Gotto (admitted *pro hac vice*)
                                              KELLER ROHRBACK L.L.P.
                                              3101 North Central Avenue, Suite 1400
                                              Phoenix, AZ 85012
                                              Telephone: (602) 248-0088
                                              Facsimile: (602) 248-2822
                                              Email: ggotto@kellerrohrback.com
                                              rbartels@kellerrohrback.com

                                              R. Bradley Miller (*pro hac vice* forthcoming)
                                              R. BRADLEY MILLER LAW
                                              301 North Alfred Street
                                              Alexandria, VA 22314
                                              Telephone: (919) 608-0795
                                              Email: rbm@rbradleymillerlaw.com

                                              David J. Aleshire (SBN 65022)
                                              City Attorney
                                              Shannon L. Moore (SBN 243634)
                                              Chief Assistant City Attorney
                                              Kimberly Y. Chin (SBN 271333)
                                              Senior Assistant City Attorney
                                              CITY OF RICHMOND
                                              CITY ATTORNEY'S OFFICE
                                              450 Civic Center Plaza
                                              Richmond, CA 94804-1630
                                              (510) 620-6509, Fax (510) 620-6518
                                              daleshire@awaattorneys.com
                                              Shannon_Moore@ci.richmond.ca.us
                                              Kimberly_Chin@ci.richmond.ca.us

*Attorneys for the City of Richmond and the Richmond Joint Powers Financing Authority*

STRADLING YOCCA CARLSON & RAUTH LLP


By *s/ Justin Owens*
    JUSTIN OWENS, State Bar No. 254733
    jowens@stradlinglaw.com
    JASON DE BRETTVILLE, State Bar No. 195069
    jdebretteville@stradlinglaw.com

STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: 949 725 4000
Facsimile: 949 725 4100

*Attorneys for Defendant Public Resources Advisory Group*


JONES DAY


By *s/ Matthew J. Silveira*
    Matthew J. Silveira (SBN 264250)
    (msilveira@jonesday.com)
    JONES DAY
    555 California St., 26th Floor
    San Francisco, CA 94104
    Telephone: (415) 875-5715

    Jason Jurgens (pro hac vice forthcoming)
    jjurgens@jonesday.com
    Lauri W. Sawyer (pro hac vice forthcoming)
    lsawyer@jonesday.com
    JONES DAY
    250 Vesey Street
    New York, NY 10281
    Telephone: (212) 326-3939
    Facsimile: (212) 755-7306

*Attorneys for Defendant Royal Bank of Canada*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

December 31, 2025
Date

The Honorable Charles R. Breyer, Senior District Judge
United States District Court for the Northern District of California