Matthew S. Melamed (SBN 260272)
KELLER ROHRBACK L.L.P.
180 Grand Avenue, Suite 1380
Oakland, CA 94612
(510) 463-3900, Fax (510) 463-3901
mmelamed@kellerrohrback.com

Attorney for Plaintiffs

*Additional Counsel in Signature Block*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF RICHMOND AND THE RICHMOND JOINT POWERS FINANCING AUTHORITY,<br><br>Plaintiffs,<br><br>v.<br><br>ROYAL BANK OF CANADA, JP MORGAN CHASE, PUBLIC RESOURCES ADVISORY GROUP, AND THE MAJORS GROUP<br><br>Defendants. | No. 3:25-cv-03348-CRB<br><br>AMENDED **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT DEADLINES** |
| CITY OF RICHMOND AND THE RICHMOND JOINT POWERS FINANCING AUTHORITY, EX REL. DAVID ALESHIRE, CITY ATTORNEY FOR THE CITY OF RICHMOND, CALIFORNIA<br><br>Plaintiffs,<br><br>V.<br><br>ROYAL BANK OF CANADA AND JPMORGAN CHASE & CO.,<br><br>Defendants. | No. 3:25-cv-03380-CRB |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Civil Local Rule 6-2, Plaintiffs City of Richmond and Richmond Joint Powers Financing Authority (collectively, "Plaintiffs") and Defendants Royal Bank of Canada and Public Resources Advisory Group (collectively, "Defendants,"[1] and, together with Plaintiffs, "the Parties"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on June 23, 2025, the Court entered the Parties' Joint Stipulation to Extend Current Case Deadlines (ECF No. 21);

WHEREAS, pursuant to the deadlines established by ECF No. 21, on July 9, 2025, Plaintiffs filed an amended complaint in this Action (the "Unjust Enrichment Action") (ECF No. 22); on July 30, 2025, the Parties met and conferred regarding initial disclosures, early settlement, ADR process selection, and discovery plan; and on July 30, 2025, the Parties filed ADR Certifications (ECF Nos. 23-25);

WHEREAS, on August 12, 2025, the Court entered a stipulation staying the remaining case deadlines established by ECF No. 21 because the City Attorney for the City of Richmond, the prosecuting authority for Plaintiffs ("Plaintiffs' Prosecuting Authority"), filed a California False Claims Act case against Royal Bank of Canada and JPMC based on allegations related to this action that remained under seal (the "CA FCA Action"), and the parties to the Unjust Enrichment Action agreed that, once the CA FCA Action was unsealed, they would seek relation of the two actions (ECF No. 27);

WHEREAS, on September 30, 2025, the parties to the Unjust Enrichment Action moved to relate the CA FCA Action to this case (ECF No. 28);

WHEREAS, on October 1, 2025, the Court entered an order relating the CA FCA Action to this case (ECF No. 30);

WHEREAS, the parties to the two actions met and conferred and determined that, since Plaintiffs' Prosecuting Authority intended to amend the complaint in the CA FCA Action, the parties

---

[1] Though named as a defendant in the caption above, the Amended Complaint, ECF No. 22, no longer asserts any claims against JPMorgan Chase Bank N.A. ("JPMC"), which is no longer a party to this Action. Further, despite numerous attempts, Plaintiffs have not yet been able to effectuate service on defendant The Majors Group.

No. 3:25-cv-03348-CRB  
No. 3:25-cv-03380-CRB

2

JOINT [PROPOSED] CASE MANAGEMENT DEADLINES

1  should wait to set further deadlines until after the amendment is filed so that they can confer regarding
2  whether they will stipulate to consolidate the actions and, if so, for what purposes;

3  WHEREAS, the Court entered a stipulated order providing a deadline of December 5, 2025 for
4  Plaintiffs' Prosecuting Authority to file an amended complaint in the CA FCA Action and a deadline
5  of 14 days after the amended CA FCA Action complaint is filed for the parties to jointly propose new
6  case management deadlines to replace the deadlines in ECF No. 21 that this Court stayed in ECF No.
7  27 (ECF No. 34);

8  WHEREAS Plaintiffs' Prosecuting Authority filed an amended complaint in the CA FCA
9  Action on December 5, 2025, the parties conferred regarding new case management deadlines and
10 coordination with the CA FCA action, and the parties stipulated to extend their time to propose new
11 case management deadlines to December 23, 2025 (ECF No. 38);

12 NOW, THEREFORE, THE PARTIES STIPULATE TO AND PROPOSE the following case
13 management deadlines:

- ~~January 16, 2025~~ February 13, 2026: Deadline to file Joint Case Management Statement
- ~~January 23, 2025~~ February 20, 2026 at 8:30 a.m. by video conference: Initial Case Management Conference

Submitted this 23rd Day of December, 2025.

KELLER ROHRBACK L.L.P.

By *s/ Matthew S. Melamed*
Matthew S. Melamed (SBN 260272)
180 Grand Avenue, Suite 1380
Oakland, CA 94612
(510) 463-3900
Fax (510) 463-3901
mmelamed@kellerrohrback.com

Gary Gotto (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
Email: ggotto@kellerrohrback.com
rbartels@kellerrohrback.com

R. Bradley Miller (*pro hac vice* forthcoming)
R. BRADLEY MILLER LAW
301 North Alfred Street
Alexandria, VA 22314
Telephone: (919) 608-0795
Email: rbm@rbradleymillerlaw.com

David J. Aleshire (SBN 65022)
City Attorney
Shannon L. Moore (SBN 243634)
Chief Assistant City Attorney
Kimberly Y. Chin (SBN 271333)
Senior Assistant City Attorney
CITY OF RICHMOND
CITY ATTORNEY'S OFFICE
450 Civic Center Plaza
Richmond, CA 94804-1630
(510) 620-6509, Fax (510) 620-6518
daleshire@awaattorneys.com
Shannon_Moore@ci.richmond.ca.us
Kimberly_Chin@ci.richmond.ca.us

*Attorneys for the City of Richmond and the Richmond Joint Powers Financing Authority*

STRADLING YOCCA CARLSON & RAUTH LLP

By *s/ Justin Owens*
    JUSTIN OWENS, State Bar No. 254733
    jowens@stradlinglaw.com
    JASON DE BRETTVILLE, State Bar No. 195069
    jdebretteville@stradlinglaw.com

    STRADLING YOCCA CARLSON & RAUTH LLP
    660 Newport Center Drive, Suite 1600
    Newport Beach, CA 92660-6422
    Telephone: 949 725 4000
    Facsimile: 949 725 4100

*Attorneys for Defendant Public Resources Advisory Group*

JONES DAY

By *s/ Matthew J. Silveira*
    Matthew J. Silveira (SBN 264250)
    (msilveira@jonesday.com)
    JONES DAY

No. 3:25-cv-03348-CRB
No. 3:25-cv-03380-CRB
4
JOINT [PROPOSED] CASE MANAGEMENT DEADLINES

555 California St., 26th Floor
San Francisco, CA 94104
Telephone: (415) 875-5715

Jason Jurgens (pro hac vice forthcoming)
jjurgens@jonesday.com
Lauri W. Sawyer (pro hac vice forthcoming)
lsawyer@jonesday.com
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

*Attorneys for Defendant Royal Bank of Canada*

SULLIVAN & CROMWELL LLP


*s/Robert A. Sacks*
Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
Caleb J. Downs (SBN 346365)
(downsc@sullcrom.com)
1888 Century Park East
Los Angeles, CA 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Paul H. Lazarow (SBN 311496)
(lazarowp@sullcrom.com)
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, California 94301
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Attorneys for Defendant JPMorgan Chase & Co.*
*(Defendant only in No. 3:25-cv-03380-CRB)*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

~~December 31, 2025~~
Date

_____
The Honorable Charles R. Breyer, Senior District Judge
United States District Court for the Northern District of California